# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

DAVID TROUPE,

*Plaintiff*

v.

DAVID A. MCKINNEY and SHARI R. HALL,

*Defendant*

Civil Action No.  4:15-CV05070-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Plaintiff's Motion to Voluntarily Dismiss Complaint, ECF No. 11 is GRANTED and the Complaint is DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date:  October 20, 2015

CLERK OF COURT

SEAN F. McAVOY

s/ Virginia Reisenauer
*(By) Deputy Clerk*

Virginia Reisenauer